CO-386-online
10/03

# United States District Court
# For the District of Columbia

PUBLIC CITIZEN, INC.    )
                        )
                        )
                        )
              Plaintiff )
         vs             )    Civil Action No._____
                        )
FOOD AND DRUG           )
ADMINISTRATION          )
                        )
              Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  Public Citizen, Inc.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Public Citizen, Inc.  which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

486293
BAR IDENTIFICATION NO.

Michael T. Kirkpatrick
Print Name

1600 20th Street, NW
Address

Washington, DC 20009
City        State        Zip Code

202-588-1000
Phone Number