AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

PUBLIC CITIZEN, INC.

**SUMMONS IN A CIVIL CASE**

V.

FOOD AND DRUG ADMINISTRATION

Case: 1:08-cv-01051
Assigned To : Collyer, Rosemary M.
Assign. Date : 6/19/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

Michael B. Mukasey
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael T. Kirkpatrick
Public Citizen Litigation Group
1600 20th Street, NW
Washington, DC 20009

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        JUN 1 9 2008
CLERK                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | JUNE 24, 2008 |
| NAME OF SERVER *(PRINT)* MICHAEL T. KIRKPATRICK | TITLE COUNSEL FOR PLAINTIFF |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SENT BY CERTIFIED MAIL TO THE ATTORNEY GENERAL. SEE FED. R. CIV. P. 4(i)(1)(B).

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  JUNE 30, 2008        *[signature]*
             Date                  Signature of Server

1600 20TH ST. NW
WASHINGTON DC 20009
Address of Server

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MICHAEL MUKASEY
ATTORNEY GENERAL
U.S. DEPT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X *[signature]*   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): JUN 2 4 2008

C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label):  7006 2150 0001 7652 7500

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

(1) As to who may se[rve]