UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:08-cv-01051-RMC |
| UNITED STATES FOOD AND DRUG ADMINISTRATION, | ) |
| Defendant. | ) |

**<u>PRAECIPE</u>**

The Clerk will please enter the appearance of **Lauren E. Hash,** Attorney, United States Department of Justice, as counsel for the defendant in the above-entitled case.

Respectfully submitted,

_____/s/_____
LAUREN E. HASH
Attorney
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044
(202) 353-1991

## **CERTIFICATE OF SERVICE**

     I hereby certify that I caused a copy of the foregoing Praecipe to be served via the District Court's electronic filing (ECF) system upon:

    Michael T. Kirkpatrick
    Public Citizen Litigation Group
    1600 20th Street NW
    Washington, D.C.  20009
    Tel:  (202) 588-1000
    Fax: (202) 588-7795
    Email: mkirkpatrick@citizen.org
    *Counsel for Plaintiff Public Citizen*

this 9th day of July, 2008.

                                                     /s/
                                        Lauren E. Hash