UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-1051 (RMC) |
| ) | |
| FOOD AND DRUG ADMINISTRATION, ) | |
| ) | |
| Defendants ) | |

## PRAECIPE

The Clerk will please enter the appearance of **Andrew E. Clark,** Senior Litigation Counsel, United States Department of Justice, as counsel for defendant in the above-entitled case.

Respectfully submitted,

/s/
ANDREW E. CLARK
Senior Litigation Counsel
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044
(202) 307-0067

## **CERTIFICATE OF SERVICE**

      I hereby certify that I caused a copy of the foregoing Praecipe to be served via the District Court's electronic filing (ECF) system upon:

    Michael T. Kirkpatrick
    Public Citizen Litigation Group
    1600 20th Street, NW
    Washington, DC  20009
    *Counsel for Plaintiff Public Citizen*

this 30th day of July, 2008.

                                                    /s/
                                        Andrew E. Clark